**AFFIDAVIT**

I, Cole D. Benner, deposes and state:

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearm and Explosives (ATF), and have been since March of 2020. I am currently assigned to the Columbus, Ohio Field Office as a member of the Crime Gun Enforcement Team (CGET) Task Force. As part of my duties as an ATF Special Agent, I investigate criminal violations relating to federal firearms offenses, including the unlawful possession of firearms and ammunition by individuals who have been convicted in any court of a crime punishable by imprisonment for a term exceeding one year. I have participated in numerous investigations of criminal violations relating to illegal firearms possession, firearms trafficking, and shooting investigations. I am familiar with, and have utilized multiple investigative methods, including electronic surveillance, visual surveillance, search warrants, and the utilization of GPS/E-911 data.

1. Pursuant to 18 U.S.C. § 3051, I am empowered to enforce criminal laws of the United States. Federal law generally prohibits the manufacture, distribution, and dispensation of controlled substances—including cocaine—and the possession with intent to do any of those activities. *See* 21 U.S.C. § 841(a)(1) and 841(b)(1)(A)-(C).

2. The facts in this affidavit come from my personal observations, training and experience, as well as information obtained from other agents, officers, and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

3. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that Marshall HALL has violated 21 U.S.C. § 841(a)(1) Possession

with intent to distribute controlled substances.

## PROBABLE CAUSE:
### Possession with intent to distribute controlled substances, May 9, 2023, 1668 Kenmore Rd. Columbus, OH

4. On May 8, 2023, I presented United States Magistrate Judge Elizabeth Preston Deavers with an application for a federal search warrant for the address of 1668 Kenmore Road, Columbus, Ohio. On the same date, United States Magistrate Judge Deavers found probable cause and signed the search warrant.

5. On May 9, 2023, at approximately 6:01am, ATF TFOs, ATF SAs and CPD Officers executed the federal search warrant at 1668 Kenmore Road, Columbus, Ohio 43219, Case number 2:23-mj-293.

6. ATF SAs approached 1668 Kenmore Road and I knocked and announced our presence. Eventually, SAs were met at the front door by Miangel BENNETT (B/F DOB: 5/5/20XX). Also in the residence were Jevon MURK (B/M DOB: 12/22/19XX) and MARSHALL HALL (B/M DOB: 7/1/19XX).

7. BENNET and MURK were detained in the living room of the residence. The living room area was later labeled by law enforcement as "Room A."

8. HALL was observed exiting the rear upstairs bedroom. HALL walked down the stairs and was detained. The rear upstairs bedroom HALL was seen exiting was later labeled by law enforcement as "Room F."

9. Inside the residence law enforcement located firearms, ammunition, and suspected cocaine.

10. Investigators searched "Room F" and located a pair of jeans that HALL was observed wearing, outside of his residence, at approximately 5:56 a.m. In the front pockets of the

jean's investigators located HALL's Maryland identification card as well as a clear plastic bag containing suspected cocaine.

11. Task Force Officer (TFO) Emanuel Woods and I interviewed HALL. I reviewed HALL's constitutional rights with him. HALL agreed to speak to TFO Woods and I without a lawyer present.

12. When asked about the suspected cocaine that was located in HALL's pants in his bedroom HALL stated, "It's not real" That's like soap or something, it's not real." When asked if HALL was selling counterfeit narcotics HALL stated, "I was." HALL stated he needed money, so he was selling counterfeit narcotics.

13. HALL stated, "I just seen it and it looked like I could use it for something fake and I tried." HALL stated, he makes approximately thirty (30) to forty (40) dollars per day selling counterfeit narcotics.

14. I conducted a field test of the suspected cocaine utilizing a "NIK Public Safety, Inc. cocaine wipe." The result was blue showing a positive test for the presence of cocaine.

## CONCLUSION

15. Based upon the above-listed facts and circumstances, Your affiant believes and asserts that there is probable cause that on May 9, 2023, Marshall HALL did unlawfully and knowingly possess a controlled substance (cocaine) with intent to distribute in violation of 21 U.S.C. § 841(a)(1). The above violations were committed in the Southern District of Ohio, Eastern Division. Your affiant requests that an arrest warrant be issued for Marshall HALL.

*Cole Benner*
_____
Cole Benner, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to and subscribed before me this ___12th___ day of  May, 2023.



Elizabeth A. Preston Deavers
United States Magistrate Judge